1  KAMALA D. HARRIS
   Attorney General of California
2  JOHN P. DEVINE
   Supervising Deputy Attorney General
3  AMY W. LO
   Deputy Attorney General
4  State Bar No. 194308
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102-7004
     Telephone: (415) 703-5524
6    Fax: (415) 703-1234
     E-mail: Amy.Lo@doj.ca.gov
7  *Attorneys for Defendants*

8

9                IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14 | **STEVEN R. VARNEY,** | CV 11 4193 |

   Plaintiff,  **NOTICE OF WITHDRAWAL OF**
15              **DEFENDANTS' MOTION TO DISMISS**

      v.        Date:       February 6, 2012
16              Time:       10:00 a.m.
                Courtroom:  2 (17th Floor)
17 **CALIFORNIA HIGHWAY PATROL, et al.,**  Judge:      Honorable Thelton Henderson

18              Defendants.  Action Filed: August 24, 2011

19

20 TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

21        WHEREAS the plaintiff filed this action on August 24, 2011;

22        AND WHEREAS the defendants were served with summons and complaint on or about

23 December 8, 2011;

24        AND WHEREAS on December 28, 2011, defendants filed a document entitled "Notice of

25 Motion And Motion To Dismiss Complaint Pursuant To Fed. R. Civ. P. 12(B)(1) By The

26 California Highway Patrol And Officer Defendants Sued In Their Official Capacity,"

27 ("Defendants' Motion to Dismiss");

28

                                    1

1    AND WHEREAS Defendants' Motion to Dismiss is scheduled to be heard on February 6,

2    2012 at 10:00 a.m. in Courtroom 2 of the above-entitled court;

3    AND WHEREAS as of today's date, the plaintiff has not filed any opposing papers to

4    Defendants' Motion to Dismiss;

5    AND WHEREAS plaintiff's counsel filed an Amended Complaint in this action today,

6    January 25, 2012;

7    AND WHEREAS the parties agree that Defendants shall have until Thursday, February

8    16, 2012 to file an answer or other responsive pleading to the Amended Complaint;

9    WHEREFOR defense counsel hereby withdraws Defendants' Motion to Dismiss pursuant

10   to Civil L.R. 7-7(e), and respectfully requests that the court take said motion off-calendar.

11

12   Dated:  January 25, 2011                        Respectfully submitted,

13                                                   KAMALA D. HARRIS
                                                     Attorney General of California
                                                     JOHN P. DEVINE
14                                                   Supervising Deputy Attorney General

15

16                                                   /s/  Amy W. Lo

17                                                   AMY W. LO
                                                     Deputy Attorney General
18                                                   *Attorneys for Defendants*

19   SF2011400539
     40520470.doc
20

21                                        1/26/2012

22

23                              IT IS SO ORDERED

24

25                              Judge Thelton E. Henderson

26

27

28

2