KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
AMY W. LO
Deputy Attorney General
State Bar No. 194308
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5524
 Fax:  (415) 703-1234
 E-mail:  Amy.Lo@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN R. VARNEY,**<br><br>                                      Plaintiff,<br><br>            v.<br><br>**CALIFORNIA HIGHWAY PATROL, et al.,**<br><br>                                      Defendants. | CV 11 4193<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:             February 6, 2012<br>Time:            10:00 a.m.<br>Courtroom:   2 (17th Floor)<br>Judge:           Honorable Thelton Henderson<br><br>Action Filed:   August 24, 2011 |

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

   WHEREAS the plaintiff filed this action on August 24, 2011;

   AND WHEREAS the defendants were served with summons and complaint on or about December 8, 2011;

   AND WHEREAS on December 28, 2011, defendants filed a document entitled "Notice of Motion And Motion To Dismiss Complaint Pursuant To Fed. R. Civ. P. 12(B)(1) By The California Highway Patrol And Officer Defendants Sued In Their Official Capacity," ("Defendants' Motion to Dismiss");

1  AND WHEREAS Defendants' Motion to Dismiss is scheduled to be heard on February 6, 2012 at 10:00 a.m. in Courtroom 2 of the above-entitled court;

AND WHEREAS as of today's date, the plaintiff has not filed any opposing papers to Defendants' Motion to Dismiss;

AND WHEREAS plaintiff's counsel filed an Amended Complaint in this action today, January 25, 2012;

AND WHEREAS the parties agree that Defendants shall have until Thursday, February 16, 2012 to file an answer or other responsive pleading to the Amended Complaint;

WHEREFOR defense counsel hereby withdraws Defendants' Motion to Dismiss pursuant to Civil L.R. 7-7(e), and respectfully requests that the court take said motion off-calendar.

Dated:  January 25, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General

/s/  Amy W. Lo

AMY W. LO
Deputy Attorney General
*Attorneys for Defendants*

SF2011400539
40520470.doc

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

1/26/2012

IT IS SO ORDERED

Judge Thelton E. Henderson