| | |
|---|---|
| FRANK Z. LEIDMAN, ESQ.<br>State Bar No. 96294<br>Law Offices of Frank Z. Leidman<br>345 Franklin Street, Suite 105<br>Law Chambers Building<br>San Francisco, CA 94102<br>Telephone: (415) 982-0321<br>Fax: (415) 982-7495<br>Email: Frank@LeidmanLaw.com<br>*Attorneys for Plaintiff* | KAMALA D. HARRIS<br>Attorney General of California<br>JOHN P. DEVINE<br>Supervising Deputy Attorney General<br>AMY W. LO<br>Deputy Attorney General<br>State Bar No. 194308<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone:  (415) 703-5524<br> Fax:           (415) 703-1234<br> E-mail: Amy.Lo@doj.ca.gov<br>*Attorneys for Defendants Darren A.*<br>*Bruestle, Clyde Ostler, Ryan Snider, Erik*<br>*Egide, & Frank Jorgensen* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. VARNEY,<br><br>                              Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>                              Defendants. | C 11-04193 TEH<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br>(Fed. R. Civ. P. 41(a)(1)(A) |

### STIPULATION OF THE PARTIES FOR DISMISSAL
### PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41

Pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A), all Parties to this action, namely, Plaintiff STEVEN R. VARNEY and Defendants DARREN A. BRUESTLE, CLYDE OSTLER, RYAN SNIDER, ERIK EGIDE, and FRANK JORGENSEN, hereby stipulate to

1

dismissal of this action with prejudice. Each party shall bear its own respective costs and attorney's fees.

Dated: June _21_, 2013     LAW OFFICE OF FRANK Z. LEIDMAN

/s/ *Frank Z. Leidman*
By:_____
Frank Z. Leidman, Esq.
Attorney for *Plaintiff Steven R. Varney*

Dated: June _21_, 2013     OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

/s/ *Amy W. Lo*
By:_____
Amy W. Lo, Deputy Attorney General
Attorney for *Defendants Darren A. Bruestle, Clyde Ostler, Ryan Snider, Erik Egide, & Frank Jorgensen*

**ORDER**

On the above stipulation filed in this action by the parties, it is ordered that the above-entitled action is dismissed with prejudice. Each party shall bear its own respective costs and attorney's fees.

Date: July 1, 2013

_____
Honorable
Judge of

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*

2

STIPULATION OF DISMISSAL (C 11-04193 TEH)